# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10196   Thompson v. McGehee
                USDC No. 3:23-CV-1441

The court has granted the motion for leave to file appellant's brief in excess word count, not to exceed 17,347 words.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Thomas Phillip Brandt
Ms. Ann Marie Jordan
Mr. Christopher Allen Klement
Mr. Christopher David Livingston
Mr. Darrell Gerard-Marc Noga
Ms. Linda Richichi Stahl